

# Fourth Court of Appeals
## San Antonio, Texas

January 28, 2022

No. 04-22-00054-CV

Douglas K. **SMITH**,
Appellant

v.

**PIONEER BANK**,
Appellee

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2021-CI-24897
Honorable Norma Gonzales, Judge Presiding

# O R D E R

Sitting:  Luz Elena D. Chapa, Justice
Irene Rios, Justice
Beth Watkins, Justice

On January 28, 2022, appellant, Douglas K. Smith, filed a motion for an emergency order to stay a foreclosure pending further order of the court. Appellee, Pioneer Bank, may file a response to the motion no later than **Monday January 31, 2022 at 9 A.M.** Any such response must conform to the Texas Rules of Appellate Procedure.

It is so **ORDERED** on January 28, 2022.

**PER CURIAM**

ATTESTED TO:_____
MICHAEL A. CRUZ,
CLERK OF COURT